UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ZAPATA,<br><br>            Petitioner,<br><br>      v.<br><br>FRED FIGUEROA,<br><br>            Respondent. | Case No. 14-5700 PSG(JC)<br><br>(PROPOSED) JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _____December 7, 2015_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE